**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MATTHEW BATHULA <br><br> Defendant. | Case No. 1:26-CR-00159-SAG |

**ENTRY OF APPEARANCE OF COUNSEL FOR CRIME VICTIMS AND**
**DEMAND FOR RIGHTS UNDER 18 U.S.C. § 3771**

The undersigned hereby respectfully provide notice of their entry of appearance as counsel of record on behalf of a group of 70 individuals who have been identified by the Government as victims in the above-captioned matter and/or who have reason to believe that they are victims of the conduct alleged in the criminal Indictment issued in this case (the "Victims"). These individuals wish to maintain their anonymity but are happy to provide the Court with their identity to the extent necessary, with appropriate safeguards to protect their privacy and identity. The Victims are "crime victims" as defined by the Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771(e) and hereby demand the rights afforded to them under the CVRA and/or any applicable law, regulation or precedent including (without limitation):

- Right to Protection: The right to be reasonably protected from the accused.
- Right to Notice: The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.
- Right Not to Be Excluded: The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding.

1

- Right to Be Heard: The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, parole and any other proceeding permitted by law.

- Right to Confer: The reasonable right to confer with the attorney for the Government in the case.

- Right to Restitution: The right to full and timely restitution as provided in law.

- Right to Timeliness: The right to proceedings free from unreasonable delay.

- Right to Fairness: The right to be treated with fairness and with respect for the Victims' dignity and privacy.

## DEMAND FOR NOTICE AND CONFERRAL

To effectuate these rights, Victims respectfully demand that the United States Attorney's Office and the Court provide the undersigned with timely notice of all public proceedings, plea negotiations, sentencing hearings, and any proposed release of the Defendant. Furthermore, Victims assert their right to confer with the attorney for the Government regarding any potential plea agreements or dismissals prior to those agreements being finalized or presented to the Court.

Dated: May 14, 2026

Respectfully submitted,

*/s/ Steven J. Kelly*
Steven J. Kelly (Bar No. 27386)
Regina R. Verzino (Bar No. 30744)
**GRANT & EISENHOFER P.A.**
3600 Clipper Mill Road, Suite 1240
Baltimore, MD 21211
Telephone: 443-791-1886
Facsimile: 302-622-7001
skelly@gelaw.com
rverzino@gelaw.com

*Counsel for Victims*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2026, I electronically filed the foregoing Entry of Appearance and Demand for Rights with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Steven J. Kelly*_____
Steven J. Kelly